# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fernando Gustavo Castaneda-Sandoval | Case Number: 0980 1:15CR02037-LRS-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: January 6, 2017 | |
| Original Offense: Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: Prison - 41.5 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Benjamin David Seal | Date Supervision Commenced: April 13, 2018 |
| Defense Attorney: Alex B. Hernandez, III | Date Supervision Expires: April 12, 2021 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/16/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Castaneda-Sandoval failed to report to the U.S. Probation Office as directed on September 16, 2019. |
| | Mr. Castaneda-Sandoval's conditions were reviewed with him on April 16, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 3, as noted above. |
| | This officer spoke with Mr. Castaneda-Sandoval on September 16, 2019, and directed him to report to the U.S. Probation Office at 10 a.m.; however, he advised he needed to take his daughter to school and this officer granted him permission to report to the office at 12 p.m. He failed to report to the office as directed. |

6      **Special Condition # 3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Castaneda-Sandoval is considered to be in violation of his supervised release by consuming methamphetamine on or about, September 17, 2019.

Mr. Castaneda-Sandoval's conditions were reviewed with him on April 16, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 3, as noted above.

Mr. Castaneda-Sandoval disclosed to the Deputy Chief U.S. Probation officer on September 19, 2019, he had last used methamphetamine on or about September 17, 2019.

On September 20, 2019, Mr. Castaneda-Sandoval met with this officer at the U.S. Probation office and signed an admission form confirming he used methamphetamine on or about September 17, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 24, 2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

09/24/2019
Date