Report Date: October 8, 2019

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fernando Gustavo Castaneda-Sandoval | Case Number: 0980 1:15CR02037-LRS-1 |
| Address of Offender: | Yakima, Washington 98902 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 22, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 1263 days<br>TSR - 36 days | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: | April 13, 2018 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | April 12, 2021 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/16/2019 and 09/24/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 4**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Castaneda-Sandoval is considered to be in violation of his supervised release by failing to attend his follow-up substance abuse treatment appointment at Merit Resource Services on September 25, 2019.<br><br>Mr. Castaneda-Sandoval's conditions were reviewed with him on April 16, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 4, as noted above.<br><br>Mr. Castaneda-Sandoval failed to attend his follow-up treatment appointment with Merit Resource Services on September 25, 2019. To date, he has failed to make a follow-up appointment with his counselor at Merit Resource Services. |

| | |
|---|---|
| 8 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Castaneda-Sandoval is considered to be in violation of his supervised release by failing to attend his random urinalysis test at Merit Resource Services on October 7, 2019.

Mr. Castaneda-Sandoval's conditions were reviewed with him on April 16, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 3, as noted above.

Mr. Castaneda-Sandoval was again placed on the random urine testing color line at Merit Resources Services on September 20, 2019. The testing form was reviewed and signed by Mr. Castaneda-Sandoval. He was provided a copy of the form with the phone number and address of Merit Resource Services. He was advised his color was brown and he was directed to call the testing line daily. This officer received information from Merit Resource Services on October 8, 2019, indicating Mr. Castaneda-Sandoval failed to appear and provide a random urine sample at Merit Resource Services on October 7, 2019.

| | |
|---|---|
| 9 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Castaneda-Sandoval is considered to be in violation of his supervised release by failing to report to the U.S. Probation office to complete his monthly report form on October 4, 2019.

Mr. Castaneda-Sandoval's conditions were reviewed with him on April 16, 2018. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 2, as noted above.

Officer Casey spoke with Mr. Castaneda-Sandoval on October 1, 2019, via telephone. Mr. Castaneda-Sandoval stated he would be in the office on October 4, 2019, to complete his monthly report form. He failed to report to the office and complete his monthly report form on the listed date.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | October 8, 2019 |
|---|---|
| | s/Stephen Krous |
| | Stephen Krous<br>U.S. Probation Officer |

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [✓] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

  10/09/2019
_____
Date