PROB 12C
(6/16)

Report Date:  October 28, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 29, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fernando Gustavo Castaneda-Sandoval          Case Number: 0980 1:15CR02037-LRS-1

Address of Offender:                          Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 22, 2016

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 1263 days; TSR - 36 months          Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal          Date Supervision Commenced: April 13, 2018 |
| Defense Attorney: | Alex B. Hernandez, III          Date Supervision Expires: April 12, 2021 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/16/2019; 09/24/2019; and 10/08/2019.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Castaneda-Sandoval is considered to be in violation of his supervised release by failing to attend his random urinalysis test at Merit Resource Services on October 10, 2019.

Mr. Castaneda-Sandoval's conditions were reviewed with him on April 16, 2018.  He signed his conditions acknowledging an understanding of his conditions which includes special condition number 3, as noted above.

Mr. Castaneda-Sandoval was placed on the random urine testing color line at Merit Resources Services on September 20, 2019.   The testing form was reviewed and signed by Mr. Castaneda-Sandoval.  He was provided a copy of the form with the phone number and address of Merit Resource Services.  He was advised his color was brown and he was directed to call the testing line daily.  This officer received information from Merit Resource Services on October 11, 2019, indicating Mr. Castaneda-Sandoval failed to appear and provide a random urine sample at Merit Resource Services on October 10, 2019.

Prob12C
**Re: Castaneda-Sandoval, Fernando Gustavo**
**October 28, 2019**
**Page 2**

11      **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Castaneda-Sandoval is considered to be in violation of his supervised release by failing to attend his random urinalysis test at Merit Resource Services on October 24, 2019.

Mr. Castaneda-Sandoval's conditions were reviewed with him on April 16, 2018.  He signed his conditions acknowledging an understanding of his conditions which includes special condition number 3, as noted above.

Mr. Castaneda-Sandoval was placed on the random urine testing color line at Merit Resource Services on September 20, 2019.  The testing form was reviewed and signed by Mr. Castaneda-Sandoval.   He was provided a copy of the form with the phone number and address of Merit Resource Services.  He was advised his color was brown and he was directed to call the testing line daily.  This officer received information from Merit Resource Services on October 25, 2019, indicating Mr. Castaneda-Sandoval failed to appear and provide a random urine sample at Merit Resource Services on October 24, 2019.

12      **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Castaneda-Sandoval is considered to be in violation of his supervised release by failing to report to the U.S. Probation Office on October 21, 2019, as directed.

Mr. Castaneda-Sandoval's conditions were reviewed with him on April 16, 2018.  He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 2, as noted above.

On October 17, 2019, this officer met with Mr. Castaneda-Sandoval at the U.S. Probation Office in Yakima, Washington, and directed him to return to the office on October 21, 2019.  Mr. Castaneda-Sandoval failed to report to the U.S. Probation Office on October 21, 2019, as directed.

13      **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Castaneda-Sandoval is considered to be in violation of his supervised release by disclosing to his substance abuse counselor on October 24, 2019, he used methamphetamine on October 23, 2019.

Prob12C
**Re: Castaneda-Sandoval, Fernando Gustavo**
**October 28, 2019**
**Page 3**

Mr. Castaneda-Sandoval's conditions were reviewed with him on April 16, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 3, as noted above.

Mr. Castaneda-Sandoval completed a substance abuse assessment on October 24, 2019, at Comprehensive Health Care. During the assessment, he disclosed he used methamphetamine on October 23, 2019. A urine sample was taken by the treatment provider and the specimen was sent for further laboratory analysis.

14    **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Castaneda-Sandoval is considered to be in violation of his supervised release by providing a urine sample on October 17, 2019, at the U.S. Probation Office which was determined to be dilute through laboratory analysis on October 22, 2019.

Mr. Castaneda-Sandoval's conditions were reviewed with him on April 16, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 3, as noted above. Additionally, on this date, this officer reviewed and signed with Mr. Castaneda-Sandoval the Substance Abuse Testing instruction form in which he agreed not to alter his urine sample either directly or indirectly.

Mr. Castaneda-Sandoval met with this officer on October 17, 2019, and provided a urine sample that was presumptive positive for methamphetamine. The specimen was sent to the laboratory for further analysis and was determined to be dilute.

15    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Castaneda-Sandoval is considered to be in violation of his supervised release by failing to report to the U.S. Probation Office on October 25, 2019. Mr. Castaneda-Sandoval's conditions were reviewed with him on April 16, 2018. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 2, as noted above.

This officer attempted to contact Mr. Castaneda-Sandoval at his residence on October 24, 2019; however, his family indicated he was not at the home and had gone to get something to eat with his aunt. This officer's business card was provided to the offender's brother and he was asked to relay to Mr. Castaneda-Sandoval to report to the U.S. Probation Office in Yakima, Washington, on October 25, 2019. Mr. Castaneda-Sandoval failed to report to the office as on October 25, 2019.

**Prob12C**
**Re: Castaneda-Sandoval, Fernando Gustavo**
**October 28, 2019**
**Page 4**

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 28, 2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[✓]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[✓]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[  ]    Defendant to appear before the Judge assigned to the case.
[✓]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

10/29/2019

Date