PROB 12C
(6/16)

Report Date: March 31, 2020

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fernando Gustavo Castaneda-Sandoval     Case Number: 0980 1:15CR02037-LRS-1

Address of Offender:                                   Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 22, 2016

Original Offense:     Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1)

Original Sentence:     Prison - 41½ Months;                Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Ben Seal                             Date Supervision Commenced: April 13, 2018

Defense Attorney:      Alex B. Hernandez, III               Date Supervision Expires: April 12, 2021

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/16/2019, 09/24/2019, 10/08/2019, and 10/29/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 16 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Castaneda-Sandoval is considered to be in violation of his supervised release conditions by committing a new federal crime by being arrested on March 27, 2020, for escape from custody, U.S. District Court Magistrate docket number 1:20-MJ-04110-MKD-1.<br><br>On April 16, 2018, Mr. Castaneda-Sandoval's conditions were reviewed with him. Mr. Castaneda-Sandoval signed his conditions acknowledging an understanding of his conditions.<br><br>On March 23, 2020, Mr. Castaneda-Sandoval was in the custody of the United States Marshals Service (USMS) pending a revocation hearing, when he and several other inmates broke through a door, jumped over a fence, and fled the Yakima County Jail.<br><br>On March 24, 2020, a criminal complaint was filed in the U.S. District Court for the Eastern District of Washington, docket number 1:20-MJ-04110-MKD-1, charging Mr. Castaneda-Sandoval with Escape from Custody, in violation of 18 U.S.C. § 751(a). |

On March 27, 2020, Mr. Castaneda-Sandoval was apprehended by the USMS and taken back into custody.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 31, 2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

03/31/2020
Date